[No. 36945-8-I.    Division One.    January 27, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD
S. ADAMS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-01423-9, LeRoy McCullough, J., entered
July 10, 1995. *Affirmed* by unpublished per curiam
opinion.

[No. 36951-2-I.    Division One.    January 27, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
TIENG, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-8-00962-1, Mary Wicks Brucker, J., entered
June 9, 1995. *Dismissed* by unpublished per curiam
opinion.

[No. 37087-1-I.    Division One.    January 27, 1997.]

DAVID C. EAGLESON, *Appellant*, v. THE DEPARTMENT
OF LICENSING, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 94-2-20717-2, Carmen Otero, J., entered July
10, 1995. *Affirmed* by unpublished opinion per Agid, J.,
concurred in by Grosse and Cox, JJ.

[No. 37261-1-I.    Division One.    January 27, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN
STEPNEY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-004021-3, Janice Niemi, J., entered
September 11, 1995. *Reversed* by unpublished opinion per
Baker, C.J., concurred in by Grosse and Webster, JJ.